United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Robert D. McKenzie
Jennifer M. McKenzie
    Debtors

Case No. 17-11594-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Lisa        Page 1 of 2        Date Rcvd: Apr 27, 2017
                    Form ID: 309I        Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2017.
```
db/jdb         +Robert D. McKenzie,    Jennifer M. McKenzie,     802 Blue Gate Lane,
                 Sinking Spring, PA 19608-9489
tr             +FREDERICK L. REIGLE,    Chapter 13 Trustee,     2901 St. Lawrence Avenue,    P.O. Box 4010,
                 Reading, PA 19606-0410
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13882587       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13878724       +Best Buy Credit Services,    P. O. Box 790441,    Saint Louis, MO 63179-0441
13878725       +Bureau of Account Management,    3607 Rosemont Ave.,    Camp Hill, PA 17011-6904
13878727        Chase Home Finance,    P. O. Box 24696,    Columbus, OH 43224-0696
13878729       +EnerBankUSA,    1245 Brickyard Rd., Ste. 600,    Salt Lake City, UT 84106-2562
13891643       +HSBC Bank, USA NA,    c/o Thomas Song, Esq.,    1617 JFK Boulevard, Suite 1400,
                 1 Penn Center Plaza,    Philadelphia, PA 19103-1823
13901153       +JP Morgan Chase Bank, NA,    c/o KML Law Group, PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13878731       +JPMorgan Chase Bank, NA,    3415 Vision Drive,    Columbus, OH 43219-6009
13878733        Mark J. Udren, Esquire,    Udren Law Offices, P.C.,    111 Woodcrest Rd., Ste. 200,
                 Cherry Hill, NJ 08003-3620
13878734       +Nora C. Viggiano, Esquire,    KML Law Group, P.C.,    701 Market St., Ste. 5000,
                 Philadelphia, PA 19106-1541
13879332       +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13878736        Penn State Milton S Hershey Med Ctr,    Patient Financial Svs Dept,    P. O. Box 854 MC A410,
                 Hershey, PA 17033-0854
13878743        VIST Bank,    P. O. Box 6219,    Wyomissing, PA 19610-0219
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: dsgrdg@ptdprolog.net Apr 28 2017 12:44:14      DAVID S. GELLERT,
                 David S. Gellert PC,    3506 Perkiomen Avenue,    Reading, PA  19606
smg            +E-mail/Text: robertsl2@dnb.com Apr 28 2017 12:44:54      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 28 2017 12:44:35
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 28 2017 12:45:01      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 28 2017 12:44:48      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,    Suite 500,    Philadelphia, PA 19107-4405
13878723        EDI: BANKAMER.COM Apr 28 2017 01:33:00      Bank of America,    P. O.Box 982238,
                 El Paso, TX 79998-2238
13878726        EDI: CAPITALONE.COM Apr 28 2017 01:33:00      Capital One,    P. O. Box 30285,
                 Salt Lake City, UT 84130-0285
13878728        E-mail/Text: bankruptcy.bnc@ditech.com Apr 28 2017 12:44:24      Ditech Financial LLC,
                 P. O. Box 6154,    Rapid City, SD 57709-6154
13878730       +EDI: PHINAMERI.COM Apr 28 2017 01:33:00      GM Financial,    P. O. Box 183593,
                 Arlington, TX 76096-3593
13878732        EDI: RMSC.COM Apr 28 2017 01:33:00      Lowe's,    Synchrony Bank,    P. O. Box 965060,
                 Orlando, FL 32896-5060
13878735       +Fax: 407-737-5634 Apr 28 2017 02:25:23      Ocwen Loan Servicing LLC,    1661 Worthington Rd.,
                 Suite 100,    West Palm Beach, FL 33409-6493
13878737        EDI: PRA.COM Apr 28 2017 01:28:00      Portfolio Recovery Assoc LLC,    120 Corporate Blvd.,
                 Suite 1,    Norfolk, VA 23502
13878738        EDI: PRA.COM Apr 28 2017 01:28:00      Portfolio Recovery Assoc. LLC,    140 Corporate Blvd.,
                 Norfolk, VA 23502
13878740        EDI: PRA.COM Apr 28 2017 01:28:00      Portfolio Recovery Associates,    120 Corporate Blvd.,
                 Suite 100,    Norfolk, VA 23502
13878741        E-mail/Text: bankruptcynotices@psecu.com Apr 28 2017 12:45:19      PSECU,    P. O. Box 67013,
                 Harrisburg, PA 17106-7013
13878742        EDI: USBANKARS.COM Apr 28 2017 01:28:00      US Bank,    Cardmember Service,    P. O. Box 6335,
                 Fargo, ND 58125-6335
                                                                                               TOTAL: 16
```

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
13878739       ##+Portfolio Recovery Associates,    287 Independence,    Virginia Beach, VA 23462-2962
                                                                                               TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0313-4          User: Lisa              Page 2 of 2               Date Rcvd: Apr 27, 2017
                              Form ID: 309I           Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 29, 2017                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2017 at the address(es) listed below:
```
          BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com
          DAVID S. GELLERT    on behalf of Joint Debtor Jennifer M. McKenzie dsgrdg@ptdprolog.net
          DAVID S. GELLERT    on behalf of Debtor Robert D. McKenzie dsgrdg@ptdprolog.net
          FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           bkgroup@kmllawgroup.com
          THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et
           al. pa.bkecf@fedphe.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 7
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Robert D. McKenzie** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | xxx–xx–7117 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | **Jennifer M. McKenzie** <br> First Name  Middle Name  Last Name | Social Security number or ITIN | xxx–xx–0433 |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | Date case filed for chapter 13 | **3/7/17** |
| Case number: | **17–11594–ref** | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case                          12/15
**Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing**

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Robert D. McKenzie | Jennifer M. McKenzie |
| 2. | **All other names used in the last 8 years** | aka Robert D. McKenzie II | aka Jennifer M. DeArment |
| 3. | **Address** | 802 Blue Gate Lane <br> Sinking Spring, PA 19608 | 802 Blue Gate Lane <br> Sinking Spring, PA 19608 |
| 4. | **Debtor's attorney** <br> Name and address | DAVID S. GELLERT <br> David S. Gellert PC <br> 3506 Perkiomen Avenue <br> Reading, PA 19606 | Contact phone (610) 779–8000 <br> Email:  dsgrdg@ptdprolog.net |
| 5. | **Bankruptcy trustee** <br> Name and address | FREDERICK L. REIGLE <br> Chapter 13 Trustee <br> 2901 St. Lawrence Avenue <br> P.O. Box 4010 <br> Reading, PA 19606 | Contact phone 610–779–1313 <br> Email:  ecfmail@fredreiglech13.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. <br> You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 400 Washington Street <br> Suite 300 <br> Reading, PA 19601 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M. <br><br> Contact phone (610)2085040 <br> Date: 4/27/17 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 30, 2017 at 2:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br>**2901 St. Lawrence Ave, Reading, PA 19606** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/29/17** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/28/17** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/3/17** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of $470.00 per month for 60 months. The hearing on confirmation will be held on:<br>**7/20/17** at **9:00 AM**, Location: **Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy or summary of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. | |