UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  Robert D. McKenzie aka                              Bky. Case No.  17-11594
        Robert D. McKenzie, II

                                                            Date: June 12, 2017

To:  JEROME B. BLANK, ESQ.

## NOTICE OF INACCURATE FILING

Praecipe to Withdraw Proof of Claim(s): 2 Filed by Santander Bank, NA

The above pleading was filed in this office on May 26, 2017.  Please be advised that the following document(s) filed contains a deficiency as set forth below:

      ( )    Pleading is not electronically signed
      ( )    Debtors' Case Number does not match case listed
      ( )    Debtor's name and/or case number (is) are missing
      **(X)**    **Incorrect PDF document(s) attached**
      ( )    PDF document  not legible
      ( )    Pleadings(s) must be re-filed as to the Adversary Case only to correct error
      ( )    Documents docketed on incorrect case
      ( )    Other: Caption reads incorrectly regarding answer to complaint

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **Angie_Macklen@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

                                          Timothy B. McGrath
                                          Clerk of Court

                                      By: *s/Angela M. Macklen*
                                              Deputy Clerk

CM-ECF 14 day notice.frm
4/10/03