## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
**ROBERT D. MCKENZIE**                                    BK. No. 17-11594 REF
**A/K/A ROBERT D. MCKENZIE, II**                    :
**JENNIFER M. MCKENZIE**                              :      Chapter No. 13
**A/K/A JENNIFER M. DEARMENT**                  :
             **Debtors**                                :
                                           :
**SANTANDER BANK, N.A.**                             :
             **Movant**                                :
          **v.**                                            :
**ROBERT D. MCKENZIE**                               :
**A/K/A ROBERT D. MCKENZIE, II**                  :
**JENNIFER M. MCKENZIE**                             :
**A/K/A JENNIFER M. DEARMENT**                 :
             **Respondents**

## <u>PRAECIPE TO WITHDRAW THE PROOF OF CLAIM</u>

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

      Kindly withdraw the Proof of Claim, filed on May 8, 2017, Claim Number 2.

                               Respectfully submitted,

                               <u>/s/ Thomas Song, Esquire</u>
                               Thomas Song, Esq., Id. No.89834
                               Phelan Hallinan Diamond & Jones, LLP
                               1617 JFK Boulevard, Suite 1400
                               One Penn Center Plaza
                               Philadelphia, PA 19103
                               Phone Number: 215-563-7000 Ext 31387
                               Fax Number: 215-568-7616
                               Email: Thomas.Song@phelanhallinan.com

August 31, 2017

**IN THE UNITED STATES BANKRUPTCY COURT FOR**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                                          BK. No. 17-11594 REF
**ROBERT D. MCKENZIE**
**A/K/A ROBERT D. MCKENZIE, II**                    :      **Chapter No. 13**
**JENNIFER M. MCKENZIE**                                :
**A/K/A JENNIFER M. DEARMENT**                    :
                                    **Debtors**                   :
                                                                          :
**SANTANDER BANK, N.A.**                                :
                                    **Movant**                   :
                              **v.**                                        :
**ROBERT D. MCKENZIE**                                  :
**A/K/A ROBERT D. MCKENZIE, II**                    :
**JENNIFER M. MCKENZIE**                                :
**A/K/A JENNIFER M. DEARMENT**
                                    **Respondents**

## CERTIFICATE OF SERVICE OF THE PRAECIPE TO WITHDRAW
## THE PROOF OF CLAIM

        I certify under penalty of perjury that I served or caused to be served the above captioned pleading Praecipe to Withdraw the Proof of Claim on the parties at the addresses shown below or on the attached list on August 31, 2017.


FREDERICK L. REIGLE, ESQUIRE (TRUSTEE)          JENNIFER M. MCKENZIE
2901 ST. LAWRENCE AVENUE, P.O. BOX 4010         802 BLUE GATE LANE
READING, PA 19606                                                SINKING SPRING, PA 19608

DAVID S. GELLERT, ESQUIRE                            ROBERT D. MCKENZIE, II
3506 PERKIOMEN AVENUE                                802 BLUE GATE LANE
READING, PA 19606                                        SINKING SPRING, PA 19608



If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification" and those served by mail will be listed under the heading: Service by First Class Mail."


                                                    /s/ Thomas Song, Esquire
                                                    Thomas Song, Esq., Id. No.89834
                                                    Phelan Hallinan Diamond & Jones, LLP
                                                    1617 JFK Boulevard, Suite 1400
                                                    One Penn Center Plaza
                                                    Philadelphia, PA 19103
                                                    Phone Number: 215-563-7000 Ext 31387
                                                    Fax Number: 215-568-7616
                                                    Email: Thomas.Song@phelanhallinan.com

August 31, 2017