UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|    ROBERT D. McKENZIE | : | Bankruptcy No. 17-11594 REF |
|    aka ROBERT D. McKENZIE, II | : | |
|    JENNIFER M. McKENZIE | : | Chapter 13 |
|    aka JENNIFER M. DeARMENT | : | |
| | : | |
|    Debtors | : | |
| | : | |
| JPMorgan Chase Bank, | : | 11 U.S.C. §362 |
| National Association | : | |
| | : | |
|    Movant | : | |
| | : | |
|    v. | : | |
| | : | |
| Robert D. McKenzie | : | |
| aka Robert D. McKenzie, II | : | |
| Jennifer M. McKenzie | : | |
| aka Jennifer M. DeArment | : | |
| | : | |
|    Debtors | : | |
| | : | |
| Frederick L. Reigle, Esquire | : | |
| | : | |
|    Trustee | : | |

**PRAECIPE TO WITHDRAW DEBTORS' ANSWER TO THE MOTION FOR RELIEF FROM THE AUTOMATIC STAY FILED BY JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, WITH REGARD TO 802 BLUE GATE LANE, SINKING SPRING, PA  19608**

**TO THE CLERK, U. S. BANKRUPTCY COURT:**

Please withdraw the Debtors' Answer to the Motion for Relief from the Automatic Stay

filed by JPMorgan Chase Bank, National Association, with regard to 802 Blue Gate Lane, Sinking spring, PA 19608, filed in the above matter on or about November 21, 2017.

                                Respectfully submitted,

Dated:   January 22, 2018             s/   David S. Gellert
                                       David S. Gellert, Esquire
                                       Attorney for Debtors
                                       3506 Perkiomen Avenue
                                       Reading, PA 19606
                                       (610) 779-8000
                                       Fax: (610) 370-1393