# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Robert D. McKenzie aka Robert D. McKenzie, II, and Jennifer M. McKenzie aka Jennifer M. DeArment<br>Debtor | CHAPTER 13 |
| JPMorgan Chase Bank, National Association<br>Movant<br>vs. | NO. 17-11594 REF |
| Robert D. McKenzie aka Robert D. McKenzie, II<br>Jennifer M. McKenzie aka Jennifer M. DeArment<br>Debtor | 11 U.S.C. Section 362 |
| Frederick L. Reigle, Esq.<br>Trustee | |

## **ORDER**

AND NOW, upon failure of the Debtors and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the subject premises located at 802 Blue Gate Lane, Sinking Spring, PA 19608 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies.

**Date: January 26, 2018**

_____
United States Bankruptcy Judge