United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Robert D. McKenzie  
Jennifer M. McKenzie  
       Debtors

Case No. 17-11594-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: dlv      Page 1 of 1      Date Rcvd: Jan 26, 2018  
                       Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2018.  
db/jdb       +Robert D. McKenzie,   Jennifer M. McKenzie,   802 Blue Gate Lane,  
           Sinking Spring, PA 19608-9489

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr         +E-mail/PDF: gecsedi@recoverycorp.com Jan 27 2018 01:42:09      Synchrony Bank,  
          c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021  
                                                                                           TOTAL: 1

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****  
cr           AmeriCredit Financial Services, Inc. dba GM Financ  
                                                                                     TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2018                                     Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2018 at the address(es) listed below:  
           BRIAN CRAIG NICHOLAS     on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com  
           DAVID S. GELLERT     on behalf of Debtor Robert D. McKenzie dsgrdg@ptdprolog.net  
           DAVID S. GELLERT     on behalf of Joint Debtor Jennifer M. McKenzie dsgrdg@ptdprolog.net  
           FREDERICK L. REIGLE     ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
           JEROME B. BLANK     on behalf of Creditor     SANTANDER BANK, N.A. paeb@fedphe.com  
           JOSEPH ANGEO DESSOYE     on behalf of Creditor     Bank Of America, N.A. paeb@fedphe.com  
           KEVIN G. MCDONALD     on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION KMcDonald@blankrome.com  
           LISA MARIE CIOTTI     on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
           MARIO J. HANYON     on behalf of Creditor     Bank Of America, N.A. paeb@fedphe.com  
           MATTEO SAMUEL WEINER     on behalf of Creditor     JPMORGAN CHASE BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com  
           THOMAS YOUNG.HAE SONG     on behalf of Creditor     HSBC Bank USA, National Association As Trustee et al. paeb@fedphe.com  
           United States Trustee     USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                TOTAL: 12

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Robert D. McKenzie aka Robert D. McKenzie, II, and Jennifer M. McKenzie aka Jennifer M. DeArment<br>Debtor | CHAPTER 13 |
| JPMorgan Chase Bank, National Association<br>Movant<br>vs. | NO. 17-11594 REF |
| Robert D. McKenzie aka Robert D. McKenzie, II<br>Jennifer M. McKenzie aka Jennifer M. DeArment<br>Debtor | 11 U.S.C. Section 362 |
| Frederick L. Reigle, Esq.<br>Trustee | |

**ORDER**

AND NOW, upon failure of the Debtors and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay is granted and the automatic stay of all proceedings, as provided under Section 362 of Title 11 of the United States Code, as amended, is modified as to Movant, with respect to the subject premises located at 802 Blue Gate Lane, Sinking Spring, PA 19608 ("Property"), to allow Movant, or its successor or assignee, to proceed with its rights and remedies under the terms of the subject mortgage and pursue its *in rem* State Court remedies.

**Date: January 26, 2018**

_____
United States Bankruptcy Judge