## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Robert D. McKenzie a/k/a Robert D. McKenzie, II | |
|       Jennifer M. McKenzie a/k/a Jennifer M. DeArment | CHAPTER 13 |
|           Debtors | |
| | |
| JPMorgan Chase Bank, National Association | |
|          Movant | NO. 17-11594 REF |
|    vs. | |
| | |
| Robert D. McKenzie a/k/a Robert D. McKenzie, II | |
| Jennifer M. McKenzie a/k/a Jennifer M. DeArment | |
|         Respondents | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of JPMorgan Chase Bank, National Association, which was filed with the Court on or about April 24, 2017 (Document No. 16).

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
Attorney for Movant
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

February 1, 2018