# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                         :
   ROBERT D. McKENZIE              :     Bankruptcy No. 17-11594 REF
   aka ROBERT D. McKENZIE, II      :
   JENNIFER M. McKENZIE            :     Chapter 13
   aka JENNIFER M. DeARMENT        :
                                               :
         Debtors              :

## CERTIFICATION OF NO OBJECTION

AND NOW, this 2nd day of February, 2018, David S. Gellert, Esquire, of David S. Gellert, P.C., attorney for the above-captioned Debtors, hereby certifies that no unresolved objection was filed or served on him with respect to the Notice dated January 11, 2018 of the filing of the Application for Compensation and Reimbursement of Expenses.

Dated:  February 2, 2018                       s/   David S. Gellert
                                                      David S. Gellert, Esquire
                                                      David S. Gellert, P.C.
                                                      3506 Perkiomen Avenue
                                                      Reading, PA 19606
                                                      (610) 779-8000
                                                      Fax: (610) 370-1393