UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                    :

ROBERT D. MCKENZIE
JENNIFER M. MCKENZIE
                                                          : Bankruptcy No. 17-11594REF
           Debtor(s)                                      : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

**Date: February 8, 2018**

BY THE COURT

_____
Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DAVID S GELLERT ESQ
3506 PERKIOMEN AVE
READING PA 19606-

ROBERT D. MCKENZIE
JENNIFER M. MCKENZIE
802 BLUE GATE LANE
SINKING SPRING,PA.19608