# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
|   ROBERT D. McKENZIE | : | Bankruptcy No. 17-11594 REF |
|   aka ROBERT D. McKENZIE, II | : | |
|   JENNIFER M. McKENZIE | : | Chapter 13 |
|   aka JENNIFER M. DeARMENT | : | |
| | : | |
|       Debtors | : | |

## ORDER APPROVING COMPENSATION

Upon consideration of the Application for Compensation and Reimbursement of Expenses by David S. Gellert, Esquire, counsel for Debtors, and the failure of any creditor or party in interest to file an answer or request a hearing, it is hereby

**ORDERED** that the Application for Compensation and Reimbursement of Expenses by David S. Gellert, Esquire, counsel for Debtors, in the amount of $4,250.00 for compensation and the amount of $353.52 for reimbursement of expenses, is hereby approved; $1,310.00 of which has been paid.

**Date: February 9, 2018**

BY THE COURT:

_____
Richard E. Fehling
United States Bankruptcy Judge