```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                                  Case No. 17-11594-ref
Robert D. McKenzie                                                      Chapter 13
Jennifer M. McKenzie
        Debtors
                                   CERTIFICATE OF NOTICE
District/off: 0313-4          User: Lisa                  Page 1 of 2                  Date Rcvd: Feb 08, 2018
                              Form ID: pdf900             Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2018.
db/jdb         +Robert D. McKenzie,    Jennifer M. McKenzie,    802 Blue Gate Lane,
                 Sinking Spring, PA 19608-9489
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,   Eighth and Washington Streets,    Reading, PA 19601
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,   Second Floor,    Reading, PA 19601-4300
13882587       +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                 Arlington, TX 76096-3853
13878723      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,    P. O.Box 982238,    El Paso, TX 79998-2238)
13984719        BANK OF AMERICA, N.A.,    P.O. BOX 31785,   TAMPA, FL 33631-3785
13969768       +Bank of America, NA,    c/o Joseph A. Dessoye, Esq.,    1617 JFK Boulevard, Suite 1400,
                 1 Penn Center Plaza,    Philadelphia, PA 19103-1823
13878724       +Best Buy Credit Services,    P. O. Box 790441,    Saint Louis, MO 63179-0441
13878725       +Bureau of Account Management,    3607 Rosemont Ave.,    Camp Hill, PA 17011-6904
13878726        Capital One,   P. O. Box 30285,    Salt Lake City, UT 84130-0285
13878727        Chase Home Finance,    P. O. Box 24696,   Columbus, OH 43224-0696
13915889       +EnerBank USA,    1245 East Brickyard Road, Suite 600,    Salt Lake City, UT 84106-2562
13878729       +EnerBankUSA,    1245 Brickyard Rd., Ste. 600,    Salt Lake City, UT 84106-2562
13878730       +GM Financial,    P. O. Box 183593,   Arlington, TX 76096-3593
13891643       +HSBC Bank, USA NA,    c/o Thomas Song, Esq.,    1617 JFK Boulevard, Suite 1400,
                 1 Penn Center Plaza,    Philadelphia, PA 19103-1823
13901153       +JP Morgan Chase Bank, NA,    c/o KML Law Group, PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13878731       +JPMorgan Chase Bank, NA,    3415 Vision Drive,    Columbus, OH 43219-6009
13966264       +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                 Attn: Correspondence Mail,   700 Kansas Lane,    Monroe, LA 71203-4774
13966280       +JPMorgan Chase Bank, National Association,    c/o Chase Records Center,
                 Attn: Correspondence Mail,   Mail Code LA4-5555,    700 Kansas Lane,    Monroe, LA 71203-4774
13878733        Mark J. Udren, Esquire,    Udren Law Offices, P.C.,    111 Woodcrest Rd., Ste. 200,
                 Cherry Hill, NJ 08003-3620
13878734       +Nora C. Viggiano, Esquire,    KML Law Group, P.C.,    701 Market St., Ste. 5000,
                 Philadelphia, PA 19106-1541
13878736        Penn State Milton S Hershey Med Ctr,    Patient Financial Svs Dept,    P. O. Box 854 MC A410,
                 Hershey, PA 17033-0854
13878742      ++US BANK,    PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court: US Bank,    Cardmember Service,    P. O. Box 6335,
                 Fargo, ND 58125-6335)
13878743        VIST Bank,    P. O. Box 6219,   Wyomissing, PA 19610-0219

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: robertsl2@dnb.com Feb 09 2018 01:19:07      Dun & Bradstreet, INC,
                 3501 Corporate Pkwy.,    P.O. Box 520,   Centre Valley, PA 18034-0520
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 09 2018 01:18:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 09 2018 01:19:08       U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 09 2018 01:20:50      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13955951        E-mail/Text: bankruptcy.bnc@ditech.com Feb 09 2018 01:18:57      Bank of America, N.A.,
                 c/o Ditech Financial LLC,    PO Box 6154,   Rapid City, SD 57709-6154
14038546       +E-mail/Text: dsgrdg@ptdprolog.net Feb 09 2018 01:18:58      David S. Gellert, Esquire,
                 David S. Gellert, P.C.,    3506 Perkiomen Avenue,   Reading, PA 19606-2711
13878728        E-mail/Text: bankruptcy.bnc@ditech.com Feb 09 2018 01:18:57      Ditech Financial LLC,
                 P. O. Box 6154,   Rapid City, SD 57709-6154
13878732        E-mail/PDF: gecsedi@recoverycorp.com Feb 09 2018 01:20:45      Lowe's,   Synchrony Bank,
                 P. O. Box 965060,   Orlando, FL 32896-5060
13878735       +Fax: 407-737-5634 Feb 09 2018 02:00:06     Ocwen Loan Servicing LLC,    1661 Worthington Rd.,
                 Suite 100,   West Palm Beach, FL 33409-6493
13878737        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 09 2018 01:20:46
                 Portfolio Recovery Assoc LLC,    120 Corporate Blvd.,   Suite 1,    Norfolk, VA 23502
13878738        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 09 2018 01:20:46
                 Portfolio Recovery Assoc. LLC,    140 Corporate Blvd.,   Norfolk, VA 23502
13878740        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 09 2018 01:20:51
                 Portfolio Recovery Associates,    120 Corporate Blvd.,   Suite 100,    Norfolk, VA 23502
13930116        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 09 2018 01:20:46
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13879332       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 09 2018 01:20:51
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13878741        E-mail/Text: bankruptcynotices@psecu.com Feb 09 2018 01:19:12      PSECU,    P. O. Box 67013,
                 Harrisburg, PA 17106-7013
```

```
District/off: 0313-4          User: Lisa                 Page 2 of 2                  Date Rcvd: Feb 08, 2018
                              Form ID: pdf900            Total Noticed: 41
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

                                                                                                    TOTAL: 15

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr                AmeriCredit Financial Services, Inc. dba GM Financ
13951470          HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE,   FOR MERRILL LYNCH MORTGAGE INVESTORS,,
                   INC., MORTGAGE PASS-THROUGH,   CERTIFICATES, MANA SERIES 2007-A1,
                   C/O OCWEN LOAN SERVICING, LLC
13914965          SANTANDER BANK, N.A.
13889902*        +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                   Arlington, TX 76096-3853
13878739        ##+Portfolio Recovery Associates,   287 Independence,   Virginia Beach, VA 23462-2962
                                                                                             TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2018                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 8, 2018 at the address(es) listed below:

```
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bnicholas@kmllawgroup.com,   bkgroup@kmllawgroup.com
              DAVID S. GELLERT    on behalf of Debtor Robert D. McKenzie dsgrdg@ptdprolog.net
              DAVID S. GELLERT    on behalf of Joint Debtor Jennifer M. McKenzie dsgrdg@ptdprolog.net
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
              JEROME B. BLANK    on behalf of Creditor    SANTANDER BANK, N.A. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              KEVIN G. MCDONALD    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               KMcDonald@blankrome.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MARIO J. HANYON    on behalf of Creditor    Bank Of America, N.A. paeb@fedphe.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               bkgroup@kmllawgroup.com
              THOMAS YOUNG.HAE SONG    on behalf of Creditor    HSBC Bank USA, National Association As Trustee et
               al. paeb@fedphe.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 12
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: :

ROBERT D. MCKENZIE
JENNIFER M. MCKENZIE

                                      : Bankruptcy No. 17-11594REF
        Debtor(s)           : Chapter 13

## ORDER

AND NOW, after notice and hearing, the above-captioned case is hereby dismissed.

                                            BY THE COURT

**Date: February 8, 2018**

                                            Richard E. Fehling, B. J.

Interested parties:

Lisa M. Ciotti, Esq.
Frederick L. Reigle, Esq.
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P. O. Box 4010
Reading, PA 19606

DAVID S GELLERT ESQ
3506 PERKIOMEN AVE
READING PA 19606-

ROBERT D. MCKENZIE
JENNIFER M. MCKENZIE
802 BLUE GATE LANE
SINKING SPRING,PA.19608